RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/20/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DERRICK DEMOND GLENN<br>LA. DOC #502004<br>VS. | CIVIL ACTION NO. 3:10-CV-0329<br>SECTION P<br>JUDGE ROBERT G. JAMES |
| LOUISIANA DEPARTMENT OF PUBLIC<br>SAFETY AND CORRECTIONS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

MONROE, LOUISIANA, this 20 day of May, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE